IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| CAPITAL CONCEPTS, INC.<br>*Plaintiff,*<br><br>v.<br><br>CDI MEDIA GROUP CORPORATION ET AL.,<br>*Defendants.* | CASE NO. 3:14-cv-00014<br><br>**Order**<br><br>JUDGE NORMAN K. MOON |

For the reasons stated in the accompanying memorandum opinion:

1. Plaintiff's Motion for Default Judgment (docket no. 11) is **DENIED**.

2. Defendants' Motion to Set Aside Default (docket no. 17) is **GRANTED**.

3. Defendants are **ORDERED** to comply with Section 5(a) of the License Agreement by providing Plaintiff, within seven (7) days of entry of this Order, all documentation granting CDI and/or Perez rights to license the materials covered by the License Agreement.

4. Defendants are **ORDERED** to provide Plaintiff, within seven (7) days of entry of this Order, any documentation proving the existence and validity of the corporation CDI that Perez held himself out as representing during transactions described in the Complaint.

5. Defendants are **ORDERED** to pay all of Plaintiff's fees and costs associated with seeking entry of default and default judgment against Defendants.

It is so **ORDERED**. The Clerk of the Court is hereby directed to send a certified copy of this order and the accompanying memorandum opinion to all counsel of record.

Entered this  29th  day of July, 2014.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE